United States Court of Appeals
Fifth Circuit

**F I L E D**

February 27, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50303
Cons. w/ 05-50305
_____


UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

RONALD LEE QUALLS

                    Defendant - Appellant


                    ----------------------
            Appeals from the United States District Court
               for the Western District of Texas
                          (04-CR-34)
                    ----------------------


Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

        IT IS ORDERED that appellee's unopposed motion to vacate

sentence is granted.


        IT IS FURTHER ORDERED that appellee's unopposed motion to

remand cases to the district court for resentencing is granted.

_____

        * Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.